**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry D Day,<br><br>        Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>        Defendants. | No. CV-17-00774-PHX-JAT (JFM)<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation of the Magistrate Judge ("R&R") recommending that Defendant John Doe be dismissed without prejudice for failure to timely serve pursuant to Federal Rule of Civil Procedure 4(m). No party has filed objections to the R&R.

Because no party has filed objections, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection"; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** that the R&R (Doc. 27) is accepted;

**IT IS FURTHER ORDERED** that Defendant John Doe is dismissed without

prejudice.[1]

Dated this 22nd day of May, 2018.

James A. Teilborg
Senior United States District Judge

---
[1] Because another Defendant remains in this case, the Clerk of the Court shall not enter judgment at this time.