**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry D Day,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Dicks,<br><br>　　　　　Defendant. | No. CV-17-00774-PHX-JAT<br><br>**ORDER** |

**IT IS ORDERED** setting a hearing on Plaintiff's motion for subpoenas for trial witnesses and Defendant's response (Docs. 107, 112, 114, and 115) for Wednesday, November 13, 2019, at 2:30 p.m. Defendant shall arrange for Plaintiff's telephonic appearance at this hearing by having Plaintiff call into the Court at 602-322-7560 at the time set for the hearing.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send Plaintiff 13 blank subpoena forms for the non-inmate witnesses. Plaintiff must return these completed forms to the Clerk of the Court by November 4, 2019. The Clerk of the Court shall not forward these subpoenas to the Marshals for service without a further order from this Court.

**IT IS FURTHER ORDERED** that Plaintiff shall file a supplemental brief by November 4, 2019 regarding Plaintiff's intention/ability to pay the required witness fees. In his reply Plaintiff says, "all fees and costs could and should be added to the costs plaintiff has been forced to incur by the bringing of this action." (Doc. 115 at 3). There is no running tab with the Court to which to add expenses. Witness fees are paid to the witnesses

directly, not to the Court or Defendant Dicks. Accordingly, Plaintiff's brief must evidence an ability/intention to pay the required fees for the third-party witnesses or Plaintiff may submit the required funds contemporaneous to returning each subpoena. *See generally* 28 U.S.C. § 1821; *Jenkins v. Perry*, 2010 WL 2302546, at *2 (E.D. Cal. June 7, 2010); *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989); *Salerno v. Arizona Dep't of Corrections*, CV 13-2250-PHX-ROS (D. Ariz. April 25, 2016) (quoting *Jackson v. Russel*, 122 F. Supp. 3d 199, 200 (D. Del. 2015) ("Federal courts are not authorized to waive or pay witness fees for indigent litigants and an inmate proceeding in forma pauperis in a civil action may not issue subpoenas without paying the required fees.")).

Dated this 17th day of October, 2019.

James A. Teilborg
Senior United States District Judge